# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFFERY GRAHAM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-15-875-M ) |
| PONTOTOC COUNTY JUSTICE CENTER, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

On October 30, 2015, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983 alleging violations of plaintiff's federal constitutional rights at the Pontotoc County Justice Center in Ada Oklahoma. The Magistrate Judge recommended transferring this case to the United States District Court for the Eastern District of Oklahoma. The parties were advised of their right to object to the Report and Recommendation by November 20, 2015. A review of the file reveals no objection has been filed.

Accordingly, upon <u>de novo</u> review, the Court:

1. ADOPTS the Report and Recommendation [docket no. 13] issued by the Magistrate Judge on October 30, 2015, and

2. TRANSFERS this case to the United States District Court for the Eastern District of Oklahoma.

**IT IS SO ORDERED this 28th day of December, 2015.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE